IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PETER T. BRIGGS, | ) |
| Plaintiff, | ) |
| v. | ) 1:19CV644 |
| HENRY EDWARDS et al., | ) |
| Defendants. | ) |

**ORDER**

On May 13, 2020, the United States Magistrate Judge's Order was filed denying Plaintiff's renewed request for appointment of counsel in this § 1983 civil lawsuit, given the present stage of the case and in light of the prior Orders, (ECF Nos. 5, 12), denying Plaintiff's earlier requests for counsel. Plaintiff filed objections, (ECF No. 34), to the Order, but did not set out the basis for his objections. The Court has reviewed the Order and the objections and concludes that the Order is not clearly erroneous or contrary to law. The United States Magistrate Judge's Order, (ECF No. 33), is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Objections, (ECF No. 34), are overruled, and the Magistrate Judge's Order, (ECF No. 33), is AFFIRMED and ADOPTED.

This, the 30th day of June 2020.

/s/ Loretta C. Biggs
United States District Judge